**Order filed, October 01, 2015.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-15-00751-CR**
_____

**EX PARTE DANIEL MARK NUGENT, Appellant**

---

**On Appeal from the County Criminal Court at Law No 10
Harris County, Texas
Trial Court Cause No. 2043118**

---

## ORDER

The reporter's record in this case was due **September 15, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, **the official court reporter of County Criminal Court at Law No 10**, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM